PETITION OF JOHN BANISTER (Snow *Expedition*), 1746

In Obedience to the Annexed precept we have Carefully inspected the several damaged Goods being part of the Snow Expeditions Cargoe Cap^t Joseph Rothery and are by us Estimated as follows Viz^t

| | | |
|---|---|---|
| On Nine Bales of English Canvas IM | | £24. .6 |
| Two Bales of Wadden IM N° 13 | | 5 .2 |
| One Bale of Dragheda Linnen IM 4 | | 10.12 .8 |
| Two Hhds of Wool Cards IM 8 and 9 | | 5.15 .9 |
| Three Casks Iron Ware IM 10 and 12 | | 2. 4 . |
| | | 42.18 .1 |

N.B. The above Goods Damage thereon amounting to Forty two Pounds Eighteen Shillings and one penny Sterling is the property of M^r Joseph Honesly of Liverpoole and by him shipt as we are inform'd by the Invoice shewn us by M^r John Banister

On Two Bales of Drawheda and Russian Linnens

S. H N° 9 and 10     4.6

N.B. The above Goods Damage thereon Amounting to four pounds Six Shillings Sterling we are inform'd as above is the property of Mess^rs Hardman and Heywoods of Liverpoole.

On three Packs of Sheffield Ware (without any Visible Mark) by comparing the Goods we find 'em a parcel of Merchandize bought by said Banister of M^r Joseph Broadbent of Sheffield per Bill of parcels dated Feb^ry 25th 1745/6 amounting to Fifty Eight pounds Eleven Shillings and Elevenpence Damage Twenty Six pounds Eight Shillings Sterling     26.8

On a Bagg of Sheffield Ware (without Visible Mark) and Two Dozen of Scyths which we find as above were bought by said Banister of John Roebuck and Son by Bill of Parcels dated July 23^d 1746 Amounting to Sixteen pounds and Eight pence Sterling     2.7

| | | |
|---|---|---|
| On a Bale of Woolens IB N° 1 | | 2. 6. 6 |
| On a Bale of Woolens IB 3 | | 1.18. |
| On a Bale of Woolens IB 7 | | 3.12. 4 |
| | | 7.16.10 |

N.B. The above three Bales are part of an Invoice of Goods bought by said Banister of Mess[rs] Richard and John Milnes by Bill of Parcels dated at Wakefield July 11th 1746. the whole Invoice Amounting to Two hundred Thirty five pounds One Shilling and Tew pence half penny Damage Seven pounds Sixteen Shillings and ten pence Sterling

On three Small Bales of Broad Cloths IB N° 1 @ 3
Containing Eight pieces of Scarlet and four pieces
of blue in the whole Twelve pieces or half pieces
Two pieces of a Number Viz[t] 72. 73. 74. 75. 76. 77.
and by examination we find 'em to be part of an          55. 5.6
Invoice of Goods put up for said Banister by M[r]
Christopher Rawson of Hallifax the 26th July 1746.
and which three Bales Amount to One Hundred
and Nine pounds thirteen Shillings and two pence

Damage Fifty five pounds five shillings and Sixpence
Sterling                                                         91.17.4
                                                         £139. 1.5

Newport Dec[r] 27th 1746

The Several aforegoing Sums Amounting to One Hundred and thirty Nine pounds One Shilling and five pence Sterling is the Amount of the Damage the Several goods above particularly described Sustain'd Witness our Hands.

Benj[a] Wickham
John Channing
Walter Cranston

COLONY OF RHODE I[D] ETC. COURT OF VICE ADMIRALTY

Newport Feb[y]